IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HECTOR AYALA, *et al.*, § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-16-2503 |
| § | |
| THE HOUSTON INDEPENDENT § | |
| SCHOOL DISTRICT, *et al.*, § | |
| Defendants. § | |

# FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment [Doc. # 48] is **GRANTED** and Plaintiffs' Title IX claim against HISD and § 1983 equal protection claim against the Individual Defendants are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that all prior rulings in this case are hereby made final, and all claims against all Defendants are **DISMISSED WITH PREJUDICE**.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this **22nd** day of **January, 2018.**

P:\ORDERS\11-2016\2503FJ.wpd 180122.0832

*[signature]*

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE